NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEERE & COMPANY,**
*Plaintiff-Appellant,*

v.

**BUSH HOG, LLC,**
*Defendant-Appellee,*

AND

**GREAT PLAINS MANUFACTURING INCORPORATED,**
*Defendant-Appellee.*

---

2012-1293

---

Appeal from the United States District Court for the Southern District of Iowa in case no. 09-CV-0095, Senior Judge Charles R. Wolle.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

DEERE & COMPANY v. BUSH HOG, LLC                    2

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate:    JAN 3 1 2013